UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH NARH ZIZER, | No.  1:25-cv-01443 JLT SKO |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 10) |
| v. | |
| MINGA WOFFORD, Facility Administrator at Mesa Verde ICE Processing Center, et al., | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondents. | |

Noah Narh Zizer is a former immigration detainee proceeding with counsel, the African Advocacy Network, for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the assigned Magistrate Judge issued Findings and Recommendation to dismiss the petition as moot. (Doc. 10). The Court served the Findings and Recommendation on all parties and notified them that any objections were due within 21 days. (Doc. 10). The Court advised that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party filed objections. (*See* docket). On December 4, 2025, petitioner filed a notice of non-opposition to dismissal of his underlying habeas petition. (Doc.

1

11).

As the Magistrate Judge found, the case is moot because petitioner is no longer detained, having been removed from the United States to his home country of Ghana. According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1.    The Findings and Recommendation issued on December 3, 2025, (Doc. 10), are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **DISMISSED** with prejudice.

3.    The Clerk of Court is directed to enter judgment and close the case.

4.    A certificate of appealability is not required in the event an appeal is filed.[1]

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **January 19, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).